**Exhibit A**

Book No. 79214

## WRITTEN THREE (3) DAY DEMAND

November 20, 2002

TO:  2002 B.A. LEASING CORP.,         ADDITIONAL ADDRESS FOR MAILING:
     A DOMESTIC CORPORATION,          2002 B.A. LEASING CORP.,
     d/b/a BLIMPIE                    A DOMESTIC CORPORATION,
     37-43 West 14th Street           d/b/a BLIMPIE
     Store on the Street Level        7 Penn Plaza, 7th Floor
     New York, New York 10011         New York, New York 10001


**TENANT OF THE ABOVE PREMISES:**

PLEASE TAKE NOTICE that you are justly indebted to 37 **W. 14TH STREET ASSOCIATES, LLC, A LIMITED LIABILITY COMPANY,** (hereinafter referred to as the "Landlord") which is the owner of the building known as and located at 37-43 West 14th Street, New York, New York 10011, and your landlord, for the Store on the Street Level at 37-43 West 14th Street, New York, New York 10011, in the sum of $32,998.67, representing base rent from September 1, 2002 through and including November 30, 2002, at the rate of $10,000.00 per month; plus additional rent for water charges from July 1, 2002 to November 30, 2002, in the amount $790.28, plus additional rent for real estate taxes for July, 2002, in the amount $247.66; plus additional rent for sprinkler charges, in the amount $300.85; plus additional rent for late charges for September, 2002, in the amount $829.94, and for October, 2002, in the amount $829.94, which you are required to pay on or before the expiration of three (3) days from the date of service of this notice upon you, or surrender possession of said premises to your Landlord, in default of which your Landlord will commence summary proceedings under the Statute to recover possession of the subject premises.


/s/  **37 W. 14TH STREET ASSOCIATES, LLC,
A LIMITED LIABILITY COMPANY**
Landlord

THIS WRITTEN DEMAND NOTICE IS BEING SENT TO YOU BY YOUR LANDLORD. IF YOU HAVE ANY QUESTIONS REGARDING THIS DEMAND NOTICE, PLEASE CONTACT YOUR LANDLORD DIRECTLY. THIS TYPEWRITTEN NOTICE IS INTENDED TO REPRESENT THE SIGNATURE OF YOUR LANDLORD. THE SIGNATURE OF YOUR LANDLORD IS TYPEWRITTEN RATHER THAN SIGNED IN INK AS A CONVENIENCE TO YOUR LANDLORD BUT SHALL HAVE THE SAME FULL FORCE AND EFFECT AS IF IT WERE SIGNED IN INK. UNDER THE LAW, THE NOTATION, "/S/", FOLLOWED BY THE TYPEWRITTEN NAME OF YOUR LANDLORD, IS A SIGNATURE WITHIN THE DEFINITION CONTAINED IN GENERAL CONSTRUCTION LAW, § 46, TO WIT, A "SIGNATURE" INCLUDES: "ANY . . . MARK OR SIGN, WRITTEN, PRINTED, STAMPED. . . UPON ANY INSTRUMENT . . . MADE WITH INTENT TO EXECUTE SUCH INSTRUMENT.

3dn\aez24bli.3dn

**Exhibit B**

37 W. 14TH STREET ASSOCIATES LLC

Plaintiff (s)

— against —

2002 B.A. LEASING CORP. D/B/A BLIMPIE

Defendant (s)

AFFIDAVIT OF SERVICE
OF:

THREE DAY NOTICE WITH FAIR
DEBT COLLECTION NOTICE

**STATE OF NEW YORK: COUNTY OF NEW YORK:** ss:

CHARLES MON

BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on  11/26/02 at 1445  Hours at 37-43 W. 14TH ST. STORE ON STREET LVL. NEW YORK.NY 10011
deponent served the within THREE DAY NOTICE WITH FAIR DEBT COLLECTION NOTICE

2002 B.A. LEASING CORP. D/B/A BLIMPIE                                          on

defendant therein named.

**INDIVIDUAL**  by delivering a true copy of each to said defendants personally; deponent knew the person so served to be the person
**A** ☐  described as said defendant therein.        ☐  (S) He identified (her) himself as such.

**CORPORATION**  a (domestic) (foreign) corporation by delivering therat a true copy of each to
**B** ☐  personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant
and knew said individual to be                              thereof
OSCAR PINONES

**SUITABLE**  by delivering thereat a true copy of each to
**AGE PERSON**  a person of suitable age and discretion. Said premises is defendant's (actual place of business) (dwelling house) (usual
**C** ☒  place of abode) within the state. ☐ (S) He identified (her) himself as EMPLOYEE                 of defendant.

**AFFIXING TO**  by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling
**DOOR, ETC.**  house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person
**D** ☐  of suitable age and discretion, thereat, having called there
ADDL.MAILING TO TENANT AT 7 PENN PLAZA.7TH FLR.NEW YORK.NY 10001

**MAILING**  Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's last
**USE WITH**  known residence, a 37-43 W. 14TH ST. STORE ON STREET LVL. NEW YORK.NY 10011                 and deposited

**C or D**  said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service
☒  within New York State. Mailed on 11/27/02 CERTIFIED & REGULAR MAIL FROM N.Y.
Deponent further states that he describes the person actually served as follows.

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| MALE | BROWN | BLACK | 22 | 5'9 | 160 |

**MILITARY**  Above person was asked, whether the defendant (s) was (were) in the military service of the State of New York
**SERVICE**  or the United States and received a negative reply. Upon information and belief based upon the conversation and obser-
☐  vation as aforesaid deponent avers that the defendant (s) is (are) not in the military service of the State of New York or
the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors
Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned
and described as the defendant (s) in this action.

\* MAILED TO THE ABOVE ADDRESS IN AN ENVELOPE MARKED
PERSONAL & CONFIDENTIAL

**USE IN**
**NYC CIVIL CT.**  The language required by NYCRR 2900.2(e) (f) & (h) was set forth on the fact of said summons (es).

Sworn to before me on the

11/27/02

WENDY RESNICK
Notary Public, State of New York
No. 01RE5067464
Qualified in Westchester County
Commission Expires Oct. 15, 200_

Client File # 79214

CHARLES MON

LICENSE No.
921878

# 203736

Exhibit C

37 W. 14TH STREET ASSOCIATES

Petitioner(s)

against

2002 B.A. LEASING CORP.
D/B/A BLIMPIE    Respondent(s)

JOHN DOE    Respondent Undertenant(s)

DECISION
AND
JUDGMENT OF POSSESSION

Upon Respondent's Failure to Answer

NON - PAYMENT

## DECISION AND JUDGMENT OF POSSESSION

Respondent(s) has have failed to answer the Notice of Petition herein.

It appears that copies of the Notice of Petition and Petition have been served on

(all) Respondent(s) _____

The Clerk is hereby directed to

ENTER A JUDGMENT OF POSSESSION in favor of Petitioner(s) and

against Respondent(s) _____

Issuance of Warrant (forthwith) (stayed to and including _____

1/10/03
Date

Judge, Civil Housing Court   HON. DELORES J. THOMAS

## ENTRY OF JUDGMENT

Judgment entered in accordance with the above on _____

Chief Clerk, Civil Court

JAN 1 0 2003

Warrant issued to Marshal  SHA 295·3333  on _____

CIV-LT-51P (Revised, September, 2000)

**Exhibit D**

# MARSHAL'S NOTICE OF POSSESSION

Civil Court of the City of New York

County of *New York* Index Number *107665/02*

*37 W. 14th Street Associates LLC a
Limited Liability Company.*

*2002 B.A. Leasing Corp., A Domestic Corporation
DBA Blimpie + Doe John*

*37-43 West 14th Street* Apt. *store on street level*

**WARRANT
NON-PAYMENT**

Pursuant to the command of the WARRANT - TO - REMOVE, issued out of the
above named court and to me directed and delivered:
Please Take Notice, that I have this day put the Petitioner-Landlord in
said petition named into full possession of the premises.

Dated: This_____day of____FEB 11 2003_____.

MARSHAL OF THE CITY OF NEW YORK

JOEL SHAPIRO
CITY MARSHAL #57
2432 GRAND CONCOURSE
BRONX, N.Y. 10458
SUITE #604
(718) 295-3338

(address)

(telephone number)

(Signature)

**Exhibit E**

*Blimpie's Arrears*

| Month | Opening Balance | Rent | R/E Tax | BID Tax | Water | Sprinkler | Legal Fee | Return Check | Add'l Security | Interest | Late Chgs | Total Billed | Date of Pymt | Amt Pymt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jul-02 | $0.00 | $10,000.00 | $0.00 | $247.66 | $100.00 | | | | $6,743.79 | | $854.57 | $17,946.02 | | $0.00 | $17,946.02 | New Lease effective 7/1/02 |
| 1-Aug-02 | $17,946.02 | $10,000.00 | | | $100.00 | | | | | $208.42 | $505.00 | $28,759.45 | | $0.00 | $28,759.45 | |
| 1-Sep-02 | $28,759.45 | $10,000.00 | | | $390.28 | | | | | $281.56 | $519.51 | $39,950.80 | 9/4/02 | $5,000.00 | $34,950.80 | Add'l Water $290.28 |
| 1-Oct-02 | $34,950.80 | $10,000.00 | | | $100.00 | | | | | $334.80 | $505.00 | $45,890.59 | | $0.00 | $45,890.59 | |
| 1-Nov-02 | $45,890.59 | $10,000.00 | | | $100.00 | | $240.00 | | | $381.29 | $517.00 | $57,128.88 | 11/8/02 | $15,000.00 | $42,128.88 | |
| 1-Dec-02 | $42,128.88 | $10,000.00 | | | $100.00 | | $75.00 | $40.00 | | $366.77 | $510.75 | $53,221.40 | | $0.00 | $53,221.40 | |
| 1-Jan-03 | $53,221.40 | $10,000.00 | | $247.66 | $100.00 | | $115.00 | | | $446.22 | $523.13 | $64,653.42 | | $0.00 | $64,653.42 | |
| 1-Feb-03 | $64,653.42 | $10,000.00 | | | $100.00 | | $240.00 | | | $474.62 | $517.00 | $75,985.03 | | $0.00 | $75,985.03 | |
| 1-Mar-03 | $75,985.03 | $10,000.00 | | | $100.00 | | | | | $603.18 | $505.00 | $87,193.22 | | $0.00 | $87,193.22 | |
| 1-Apr-03 | $87,193.22 | $10,000.00 | | | $100.00 | | | | | $659.73 | $505.00 | $98,457.94 | | $0.00 | $98,457.94 | |
| 1-May-03 | $98,457.94 | $10,000.00 | | | $100.00 | | | | | $760.65 | $505.00 | $109,823.59 | | $0.00 | $109,823.59 | |
| 1-Jun-03 | $109,823.59 | $10,000.00 | | | $100.00 | | | | | $813.18 | $505.00 | $121,241.77 | | $0.00 | $121,241.77 | |
| 1-Jul-03 | $121,241.77 | $10,300.00 | $3,819.27 | $37.49 | $100.00 | | | | | $949.42 | $712.84 | $137,160.79 | | $0.00 | $137,160.79 | |
| 1-Aug-03 | $137,160.79 | $2,990.32 | | | $100.00 | | | | | $982.72 | $154.52 | $141,388.35 | | $0.00 | $141,388.35 | |